UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
              Plaintiff          )
                                )   CRIMINAL NO. 07Mj2338
      vs.                   )          ORDER
                                )   RELEASING MATERIAL WITNESS
Alberto Escobedo-Carbajal )
         Defendant(s)     )   Booking No.

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

**Maria Lourdes Briones-Flores**

DATED: 10/9/07

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk
**L ODIERNO**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082