UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                       )<br>        Plaintiff        )<br>                       )<br>                       )<br> vs.                   )<br>                       )<br> ALBERTO ESCOBEDO-CARBAJAL )<br>                       )<br>        Defendant(s)   )<br>_____) | CRIMINAL NO. 07mj2338<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

MARTHA SAN JUAN - GALEANA

DATED: 10/11/07

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by **J. JARABEK**
Deputy Clerk