

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTO ESCOBEDO-CARBAJAL (1),<br>EDUARDO NIEVES-CRUZ (2),<br><br>　　　　　Defendants. | Criminal Case No. 07CR 2858-JLS<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about September 27, 2007, within the Southern District of California, defendants ALBERTO ESCOBEDO-CARBAJAL and EDUARDO NIEVES-CRUZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Lourdes Briones-Flores, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 10/16/07.

　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　CARLA J. BRESSLER
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

CJB:es: San Diego
10/1/07