**United States District Court**

**For The Southern District Of California**

(Hon. Ruben B. Brooks)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2858JLS(RBB) |
| Plaintiff, | ) | Magistrate Case No. 07mj2338 |
| v. | ) | **Order Exonerating Material Witness Bond** |
| ALBERTO ESCOBEDO-CARBAJAL, | ) | |
| Defendant(s). | ) | |

**Order**

**It Is Ordered** the personal surety bond for $5,000 securing the presence of material witness Maria Lourdes Briones-Flores is exonerated, and the Clerk of the District Court shall release the $500 bond deposit held in the Registry of the court to the surety:

> Jerry Brewer
> 15652 Sunset Street
> Kerman, CA 93630

**Dated: January 3, 2008**

_____
**United States Magistrate Judge**